## RECONSIDERATION DOCKET

97–1791.   State ex rel. Hillside Dairy Co. v. Conrad.
In Mandamus and Procedendo.   Reported at 84 Ohio St.3d 314, 703 N.E.2d 798.   On motion for reconsideration.   Motion denied.

98–1989.   State v. Clark.
Lucas App. No. L–97–1151.   Reported at 84 Ohio St.3d 1468, 704 N.E.2d 577.   On motion for reconsideration.   Motion denied.

LUNDBERG STRATTON, J., dissents as to Proposition of Law No. II and would hold this cause for the decision in 98–2066 and 98–2067, *State v. Saylor*, Butler App. No. CA98–03–053.

RESNICK, J., not participating.